**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DONALD R. JACKSON, | ) | NO. CV 13-1897-CAS(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| MR. MATTHEW CATE, etc., et al., | ) | |
| Respondents. | ) | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: April 1, 2013.

*/s/ Christina A. Snyder*
_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE